## Frank M. NEFF, Plaintiff—Appellant,

### v.

## Joe SEACRIST, Defendant—Appellee.

### No. 08–6827.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 27, 2008.

Frank M. Neff, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished **PER CURIAM** opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank M. Neff appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Neff v. Seacrist,* No. 1:08–cv–0891–RDB (D. Md. April 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*